UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DANIEL L. DIXON | CIVIL ACTION NO. 13-2776 |
| VERSUS | JUDGE ROBERT G. JAMES |
| HOME DEPOT U.S.A, ET AL. | MAG. JUDGE KAREN L. HAYES |

### ORDER

Pending before the Court is Plaintiff's Motion *in Limine* "to Exclude attacks on Plaintiff's Counsel and Allegations of Conspiracy." [Doc. No. 89]. Upon consideration and for the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED to the extent it seeks to prohibit Defendants from referring to the following at trial:

1. Other lawsuits in which Plaintiff's counsel has represented or is currently representing different clients who are suing various table saw manufacturers on behalf of persons injured while using a table saw.

2. The alleged motives of Plaintiff's counsel in prosecuting this or other similar lawsuits.

3. Any mention that Plaintiff's counsel and Dr. Stephen Gass ("Dr. Gass") are involved in a "joint venture" or "conspiracy."

4. *Ad hominum* attacks on Plaintiff's counsel, including referring to the fact that Plaintiff's counsel is from Texas.

5. The fact that Dixon has not called Dr. Gass as a live witness in this case, and any speculation as to why.

6. The December 23, 2004, *Oregonian* newspaper article.

The Motion is DENIED to the extent it seeks an order specifying that Defendants and their counsel

will be subject to severe sanctions for violations of this Order.

IT IS FURTHER ORDERED that, in light of this Court's previous Ruling and Judgment [Doc. Nos. 129 & 130], neither party shall mention Dr. Gass, for any purpose.

MONROE, LOUISIANA, this 10th day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE